DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Melinda Jensen**

    **Plaintiff,**

vs.          Civil No. 05-cv-00233-BR

**Commissioner of Social Security**

    **Defendant.**    **ORDER GRANTING AWARD OF EAJA FEES**

  Pursuant to Stipulation, and good cause appearing therefore,

  IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$3.92**, costs in the amount of **$18.29**, and attorney's fees in the amount of **$5037.40** for total in the amount of **$5059.61**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

  Done this 30th day of October, 2006.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**